**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00093-CV

**CAROLINE CULWELL, Appellant**

**V.**

**ANDRES DIAZ, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-09040**

## ORDER

Jason L. Wren's motion to withdraw as counsel for appellant is **GRANTED**. We

**DIRECT** the Clerk of the Court to remove Jason L. Wren as counsel of record for appellant.


/s/     MICHAEL J. O'NEILL
JUSTICE